MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
BENJAMIN D. SEAL
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington  98901
(509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 1 9 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAFAEL CERVANTES,<br>ERICA GODINEZ,<br>THOMAS HAROLD PARISIAN,<br>CHRISTOPHER PAUL PARISIAN,<br>LAWRENCE WADE RUSSETTE a/k/a<br>"CHIEF,"<br>GEORGIE ELAINE RUSSELL,<br>TYSON JAMES COURCHANE,<br>LESLEE FAYE PARISIAN a/k/a<br>LESLEE FAYE PARKER,<br>ADAM DAVID KETCHUM,<br>JACOB CHAD PARKER,<br>KRISTINA DAWN RUSSETTE,<br><br>Defendants. | **1:16-CR-2006-EFS**<br><br>INDICTMENT<br><br>Ct. 1:  21 U.S.C. § 846 - Conspiracy to Distribute a Controlled Substance (Methamphetamine)<br><br>21 U.S.C. § 853<br>Notice of Criminal Forfeiture |

The Grand Jury charges:

## COUNT 1

From on or about June 1, 2012, and continuing to on or about February 9, 2016, in the Eastern District of Washington, the Defendants,

RAFAEL CERVANTES,
ERICA GODINEZ,
THOMAS HAROLD PARISIAN,
CHRISTOPHER PAUL PARISIAN,
LAWRENCE WADE RUSSETTE a/k/a "CHIEF,"
GEORGIE ELAINE RUSSELL,
TYSON JAMES COURCHANE,
LESLEE FAYE PARISIAN a/k/a LESLEE FAYE PARKER,
ADAM DAVID KETCHUM,
JACOB CHAD PARKER,
KRISTINA DAWN RUSSETTE,

knowingly and intentionally combined, conspired, confederated and agreed together and with others, to commit the following offense against the United States, to wit: to knowingly and intentionally distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

1)    The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2)    Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, as alleged in this Indictment, the Defendant, RAFAEL CERVANTES shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s)

INDICTMENT                                        2

and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s), including, but not limited to:

REAL PROPERTY

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, commonly known as 174206 53rd PR NW, Grandview, Washington, Assessor's Parcel No. 1-3194-101-3098-001, legally described as follows:

Lot 1, Short Plat No. 3098, according to the survey thereof recorded May 9, 2008, under Auditor's File No. 2008-013437, records of Benton County, Washington.

3)      Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and 846, as alleged in this Indictment, the Defendants, RAFAEL CERVANTES, ERICA GODINEZ, THOMAS HAROLD PARISIAN, CHRISTOPHER PAUL PARISIAN, LAWRENCE WADE RUSSETTE a/k/a "CHIEF," GEORGIE ELAINE RUSSELL, TYSON JAMES COURCHANE, LESLEE FAYE PARISIAN a/k/a LESLEE FAYE PARKER, ADAM DAVID KETCHUM, JACOB CHAD PARKER, and KRISTINA DAWN RUSSETTE, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

INDICTMENT                        3

4)     If any forfeitable property, as a result of any act or omission of the

Defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property

pursuant to Title 21, United States Code, Section 853(p).

DATED:   February 9, 2016.

A TRUE BILL

MICHAEL C. ORMSBY
United States Attorney

THOMAS J. HANLON
Supervisory Assistant United States Attorney

BENJAMIN D. SEAL
Assistant United States Attorney

INDICTMENT                              4