PENALTY SLIP

NAME:  RAFAEL CERVANTES

NUMBER OF COUNTS: ___1___

<u>Count 1</u>:  21 U.S.C. § 846 - Conspiracy to Distribute Methamphetamine

<u>Penalty</u>:  CAG 10 years to life, $10,000,000 fine, or both, NLT 5 years supervised release, denial of certain federal benefits, and a $100.00 special assessment.

<u>Notice of Criminal Forfeiture</u>

Case No.___**1:16-CR-2006-EFS-1**___

USA Initials:___BDS___