AO 442 (Rev. 12/12) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| United States of America | ) |
| v. | ) |
| RAFAEL CERVANTES | ) Case No. 1:16-CR-2006-EFS-1 |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RAFAEL CERVANTES ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. 846 CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE (METHAMPHETAMINE)

Date: Feb 09, 2016, 2:34 pm

By: *[signature]*
SEAN F. McAVOY, Clerk

CLERK OF COURT

City and state: Yakima, Washington

BY HONORABLE: MAGISTRATE JUDGE MARY K. DIMKE

BAIL FIXED AT: AUSA SEEKS DETENTION

### Return

This warrant was received on *(date)* 2/9/16, and the person was arrested on *(date)* 2/22/16
at *(city and state)* Yakima, WA.

Date: 2/22/16

Arrested within the E/WA
By: DEA
(Agency)

Executed On: 2/22/16
Sign: *[signature]* USMS
Printed name and title