Case 1:16-cr-02006-EFS   Document 41   Filed 02/23/16

Rick L. Hoffman
FEDERAL DEFENDERS OF EASTERN WASHINGTON AND IDAHO
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920

Attorneys for Defendant
RAFAEL CERVANTES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
(HONORABLE EDWARD F. SHEA)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 1:16-CR-2006-EFS-1 |
| vs. | NOTICE OF APPEARANCE |
| RAFAEL CERVANTES, | |
| Defendant. | |

TO:   MICHAEL C. ORMSBY, UNITED STATES ATTORNEY
      BENJAMIN D. SEAL, ASSISTANT UNITED STATES ATTORNEY

Please take notice that Rick L. Hoffman of the Federal Defenders of Eastern Washington and Idaho hereby enters his appearance as counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

//

//

//

//

NOTICE OF APPEARANCE

1

DATED: February 23, 2016.

Respectfully Submitted,

s/Rick L. Hoffman
Rick L. Hoffman, 9478
Attorney for RAFAEL CERVANTES
Federal Defenders of Eastern Washington and Idaho
306 East Chestnut Avenue
Yakima, Washington 98901
(509) 248-8920
Rick_Hoffman@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: BENJAMIN D. SEAL, Assistant United States Attorney.

s/Rick L. Hoffman

NOTICE OF APPEARANCE