## RETURN NAME and ADDRESS

United States Attorney's Office

P.O. Box 1494

Spokane, WA  99210-1494

Please Type or Print Neatly and Clearly All Information

### Document Title(s)

Lis Pendens

### Reference Number(s) of Related Documents

N/A

### Grantor(s) (Last Name, First Name, Middle Initial)

Perez, Esgar Ochoa and Cervantes, Virginia

### Grantee(s) (Last Name, First Name, Middle Initial)

United States of America

### Legal Description (Abbreviated form is acceptable, i.e. Section/Township/Range/Qtr Section or Lot/Block/Subdivision)

1990 Golden West Golden West 27 x 66; Section 31 Township 9 Range 24 Quarter NE;

Short Plat #3098, Lot 1, Recorded 5/8/2008 Under Auditor's Fill No. 2001-013437

### Assessor's Tax Parcel ID Number    1-3194-101-3098-001

The County Auditor will rely on the information provided on this form.  The Staff will not read the document to verify the accuracy and completeness of the indexing information provided herein.

### Sign below only if your document is Non-Standard.

I am requesting an emergency non-standard recording for an additional fee as provided in RCW 36.18.010. I understand that the recording processing requirements may cover up or otherwise obscure some parts of the text of the original document.  Fee for non-standard processing is $50.

_____

Signature of Requesting Party

MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
BENJAMIN D. SEAL
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAFAEL CERVANTES,<br><br>Defendant.<br><br>Record Owner(s): Perez, Esgar Ochoa and Cervantes, Virginia | 1:16-CR-2066-EFS-1<br><br>Lis Pendens |

NOTICE is hereby given of the pendency of a criminal forfeiture action brought by the plaintiff against real property by an Indictment containing a forfeiture allegation filed with the Clerk of the United States District Court in and for the Eastern District of Washington, which action was brought for the forfeiture of the real property pursuant to 21 U.S.C. § 853.

Lis Pendens 1
LP 174206 53rd etc.docx

The real property being forfeited is commonly known as 174206 53rd PR NW, Grandview, Washington, described as follows:

REAL PROPERTY

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, commonly known as 174206 53rd PR NW, Grandview, Washington, Assessor's Parcel No. 1-3194-101-3098-001, legally described as follows:

Lot 1, Short Plat No. 3098, according to the survey thereof recorded May 9, 2008, under Auditor's File No. 2008-013437, records of Benton County, Washington.

For further information concerning this action, reference may be made to the records of the Clerk of the Court for the United States District Court for the Eastern District of Washington, filed under this cause number.

DATED this 24th day of February, 2016.

Michael C. Ormsby
United States Attorney

Benjamin D. Seal
Assistant United States Attorney

Lis Pendens 2
LP 174206 53rd etc.docx