UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>RAFAEL CERVANTES (1) and ERICA GODINEZ (2),<br><br>                    Defendants. | No.  1:16-CR-2006-EFS-1<br>         1:16-CR-2006-EFS-2<br><br>**ORDER GRANTING DEFENDANTS'**<br>**MOTIONS TO CONTINUE**<br><br>**AMENDED[1] CASE MANAGEMENT ORDER** |

   Before the Court, without oral argument, are Defendant Rafael Cervantes' Motion to Continue Pretrial and Trial and Extend Deadline to File Pretrial Motions, ECF No. 63, and Defendant Erica Godinez's Motion to Continue and to Declare Case Complex, ECF No. 69, and Motion for Joinder, ECF No. 70. Counsel for Defendant Cervantes, Rick Hoffman, and counsel for Defendant Godinez, William Schuler III, request a continuance of the pretrial motions filing deadline, the pretrial conference, and the trial, to allow more time to examine discovery, prepare any related motions, and prepare for trial. Mr. Schuler III also asks the Court to declare the case complex as the alleged criminal activity, and related investigation thereof, spans four years, multiple

---

[1] This Order amends the deadlines in the Court's March 7, 2016 Case Management Order, ECF No. 68.

AMENDED CASE MANAGEMENT ORDER - 1

defendants, and activity in multiple states. Defendant Cervantes supports counsel's request for a trial continuance for the articulated reasons. ECF No. 64. Assistant U.S. Attorney Benjamin Seal, appearing on behalf of the U.S. Attorney's Office (USAO), does not oppose the trial continuance request. ECF No. 65.

The Indictment was filed on February 9, 2016. Defense counsel appeared for Defendant Cervantes on February 23, 2016, ECF No. 41; and defense counsel appeared for Defendant Godinez on February 25, 2016, ECF No. 51. This is the first request for a trial continuance.

To ensure defense counsel are afforded adequate time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, the Court grants the motions, extends the pretrial motion deadline, and resets the currently scheduled pretrial conference and trial dates. The Court finds that Defendant Cervantes' continuance request is knowing, intelligent, and voluntary, and that the ends of justice served by granting a continuance outweigh the best interest of the public and Defendants in a speedy trial. The delay resulting from the continuance motions is therefore excluded under the Speedy Trial Act for both Defendants whom are joined for trial.

The Court also declares the case complex as it involves a number of Defendants and the alleged criminal activity spanned a number of years and in a number of states. *See* 18 U.S.C. § 3161(h)(6)(B)(ii). Further, the Court grants Defendant Godinez's request to join in the pretrial motions of co-Defendants; however, Defendant Godinez must specifically join in trial-continuance motions (or so move for a trial continuance herself).

Having considered the parties' proposed case schedule, ECF No. 65, the Court now enters the following Amended Case Management Order. All counsel are expected to carefully read and abide by this Order and such provisions of the prior CMO, ECF No. 68, which have not been superseded hereby. The Court will grant relief from the requirements in this Order only upon motion and good cause shown.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Cervantes' Motion to Continue Pretrial and Trial and Extend Deadline to File Pretrial Motions, **ECF No. 63**, is **GRANTED.**

2. Defendant Godinez's Motion to Continue and to Declare Case Complex, **ECF No. 69**, and Motion for Joinder, **ECF No. 70**, are **GRANTED**.

3. The Court finds, given defense counsel's need for time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, that failing to grant a continuance would result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this complex case. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (ii). The Court, therefore, finds the ends of justice served by granting a continuance in this matter outweigh the best interest of the public and Defendants, who are joined for trial, in a speedy trial. *See* 18 U.S.C. § 3161(h)(6) & (7)(A).

AMENDED CASE MANAGEMENT ORDER - 3

1  **4.   Original CMO.** <u>Counsel must review the procedures in the original March 7, 2016 CMO, ECF No. 68, and abide by those procedures except for the new compliance deadlines in the following Summary of Amended Deadlines</u>.

5  **5.   Pretrial Conference**

    *A.*   The pretrial conference is **RESET** to **June 22, 2016**, at **10:00 a.m.** in **YAKIMA**. At this hearing, the Court will hear **ALL** pretrial motions.

    *B.*   All Pretrial Conferences are scheduled to last no more than **thirty (30) minutes**, with each side allotted **fifteen (15) minutes** to present their own motions and resist motions by opposing counsel. If any party anticipates requiring longer than fifteen minutes, that party must notify the Courtroom Deputy at least seven (7) days prior to the hearing. <u>**Any party who fails to provide this notice will be limited to fifteen (15) minutes.**</u>

**6.   Trial**. The Court **SETS** this matter for jury trial on **July 11, 2016**, at **9:30 a.m.** in **YAKIMA**. Counsel and Defendants shall be prepared to meet with the Court at least thirty (30) minutes prior to the commencement of the trial.

**7.**   Pursuant to 18 U.S.C. § 3161(h)(6) & (7)(B)(i) and (iv), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations** the period from **March 4, 2016**, the date defense counsel moved to continue, through **July 11, 2016,** the new trial date, as

1   the period of delay granted for adequate preparation by counsel for both Defendants, whom are joined for trial.

**8.   Summary of Deadlines**

| | |
|---|---|
| Rule 16 expert summaries produced to other parties and emailed to Court:<br>    USAO's Experts:<br>    Defendants Experts:<br>    USAO's Rebuttal Experts: | **May 24, 2016**<br>**May 25, 2016**<br>**May 31, 2016** |
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | **June 1, 2016** |
| **PRETRIAL CONFERENCE**<br>*Deadline for motions to continue trial* | **June 22, 2016**<br>**10:00 A.M. - YAKIMA** |
| CIs' identities and willingness to be interviewed disclosed to Defendants (if applicable) | **June 24, 2016** |
| Grand jury transcripts produced to Defendants | **June 24, 2016** |
| Exhibit & Witness lists filed and emailed to the Court | **June 28, 2016** |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **June 28, 2016** |
| Exhibit binders delivered to the Court | **July 1, 2016** |
| Exhibits delivered to all other parties | **July 1, 2016** |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **June 28, 2016** |
| Trial notices filed with the Court | **June 28, 2016** |
| Technology readiness meeting (in-person) | **July 1, 2016** |
| **JURY TRIAL** | **July 11, 2016**<br>**9:30 A.M. - YAKIMA** |

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this  8th  day of March 2016.

                    s/Edward F. Shea
                    EDWARD F. SHEA
            Senior United States District Judge

Q:\EFS\Criminal\2016\2006.1.2.amended.cmo.lc1.docx

AMENDED CASE MANAGEMENT ORDER - 5